The People of the State of New York ex rel. Samuel D. Isaacson, Respondent, v. John J. Fallon, Warden of the City Prison, etc., Appellant.— Motion denied. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Michael Reinertsen, Respondent, v. Erie Railroad Company, Appellant.— Motion granted, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Louis W. Severy, Respondent, v. Herman H. Sanders, Appellant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Catherine E. Sheridan, etc., Appellant, v. Charles Cardwell, Appellant.— Motion for reargument granted and case set down for Tuesday, March 7, 1911. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Isidor Sirota, Respondent, v. Louis Dornbush, Appellant.  Sol. Goodman, Respondent, v. Louis Dornbush, Appellant.— Motions to dismiss appeal denied on condition that the defendant secure the respondents by undertakings upon appeal, place cases on the March calendar of this court, and be ready for argument when reached; otherwise motions granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Sidney A. Smith, as Administrator, etc., Respondent, v. Joseph Michaels, Appellant.— Motion denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joshua M. Sprague and Samuel A. Cunningham, Respondents, v. Frank T. W. Lockhardt, etc., and George W. Fennell, Appellants.— Motion denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles Thomas, Respondent, v. Morris Simon, Appellant.— Motion to dismiss appeal granted, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles E. Werkheiser and Edward J. Glenn, Respondents, v. George M. Miller and Lydia Miller, Appellants.— Motion granted, with ten dollars costs, unless an administrator for the appellant Lydia Miller shall have been appointed and case placed on the calendar for argument on March 7, 1911.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William R. Willcox and Others, Respondents, v. Richmond Light and Railroad Company and Staten Island Midland Railroad Company, Appellants.— Motion denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles H. Young and Charles T. Dunning, as Substituted Trustees, etc., Respondents, v. Edith M. Barker, Individually and as Executrix, etc, Respondent, Impleaded with May E. Leavitt and Others, Appellants.— Order modified by providing that the respondents have costs, payable out of the estate.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William M. Young, Appellant, v. James O'Connor, Defendant, and Jessie O'Connor, Respondent.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.